```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                           CASE NO. 08 B 15552
   JESUS VILCHIS
   MARISSA VILCHIS                               CHAPTER 13

                                                 JUDGE: BRUCE W BLACK

              Debtor
   SSN XXX-XX-4999      SSN XXX-XX-4995


---------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 06/17/08 .

    2.  The case was dismissed without confirmation, 08/29/2008.


---------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                              PAID            PAID
---------------------------------------------------------------------------
SAXON MORTGAGE SERVICES   CURRENT MORTG           .00              .00              .00
SAXON MORTGAGE SERVICES   MORTGAGE ARRE    NOT FILED              .00              .00
SAXON MORTGAGE SERVICES   SECURED                 .00              .00              .00
SAXON MORTGAGE SERVICES   MORTGAGE ARRE    NOT FILED              .00              .00
HSBC AUTO FINANCE         SECURED VEHIC      23650.72             .00              .00
INTERNAL REVENUE SERVICE  PRIORITY         NOT FILED              .00              .00
WILL COUNTY TREASURER     PRIORITY         NOT FILED              .00              .00
NCO FINANCIAL SYSTEMS     UNSECURED        NOT FILED              .00              .00
BANFIELD PET HOSP         UNSECURED        NOT FILED              .00              .00
FIA CARD SERVICES         UNSECURED        NOT FILED              .00              .00
BANKFIRST<                UNSECURED        NOT FILED              .00              .00
CAPITAL ONE BANK          UNSECURED        NOT FILED              .00              .00
HSBC                      UNSECURED        NOT FILED              .00              .00
INTERNAL REVENUE SERVICE  UNSECURED        NOT FILED              .00              .00
PROVIDIAN BANCORP         UNSECURED        NOT FILED              .00              .00
TARGET NATIONAL BANK      UNSECURED        NOT FILED              .00              .00
           Summary of disbursements:
---------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED      OTHER         TOTAL
---------------------------------------------------------------------------
TOTAL CLMS ALLOWED   23650.72         .00          .00         .00       23650.72
PRINCIPAL PAID           .00          .00          .00         .00            .00
INTEREST PAID            .00          .00          .00         .00            .00
TOTAL PAID               .00          .00          .00         .00            .00
The Debtor's attorney, CHARLES R WOLF & ASSOC         , was allowed $        .00
and was paid $         .00 .

The Trustee received $         .00 .

Refunds to the Debtor totaled $         .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 11/13/08                         /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```